NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent,*

*v.*

ISIAH ROMONT HILL, *Petitioner.*

No. 1 CA-CR 17-0344 PRPC
FILED 5-10-2018

Appeal from the Superior Court in Maricopa County
No. CR2006-009614-001
The Honorable Jose S. Padilla, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Diane Meloche
*Counsel for Respondent*

Isiah Romont Hill, Florence
*Petitioner*

---

**MEMORANDUM DECISION**

Presiding Judge Jon W. Thompson, Judge Peter B. Swann, and Judge James P. Beene delivered the decision of the Court.

---

**P E R  C U R I U M**:

**¶1** Petitioner Isiah Romont Hill seeks review of the superior court's order denying his petitions for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1. These are petitioner's eighth, ninth, and tenth successive petitions.

**¶2** Absent an abuse of discretion or error of law, this Court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 576-77, ¶ 19 (2012). It is the petitioner's burden to show that the superior court abused its discretion in denying the petition. *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011).

**¶3** We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. We find that petitioner has not shown an abuse of discretion.

**¶4** Accordingly, we grant review and deny relief.

